IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

JOHN CHRISTOPHER WEEKS												PLAINTIFF

v.											CIVIL ACTION NO. 3:13CV4-WHB-RHW

HCS MANAGEMENT, INC.												DEFENDANT

**AGREED ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the parties' announcement that they have agreed to a full resolution of all matters and claims in this cause, and that each party, respectively, has agreed to fully dismiss with prejudice the underlying Amended Complaint and the underlying Counterclaim filed herein.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Amended Complaint filed in this cause by Plaintiff/Counter-Defendant John Christopher Weeks, and the subsequent Counterclaim filed in this cause by the Defendant/Counter-Claimant HCS Management, Inc., are each hereby fully dismissed with prejudice, with the parties to bear only their own costs and attorneys' fees.

SO ORDERED, this the 22nd day of October, 2013.


s/William H. Barbour, Jr.
U.S. District Court Judge


AGREED TO AND APPROVED FOR ENTRY BY:


/s/ Nick Norris_____        /s/ Robert C. Richardson_____
Nick Norris (MBN 101574)                          Robert C. Richardson (MBN 5330)
*Counsel for Plaintiff*                           *Counsel for Defendant*